**No. 10-7000. Loanita Adams, Petitioner v. City of Federal Way, Washington, et al.**

562 U.S. 1253, 131 S. Ct. 1561, 179 L. Ed. 2d 368, 2011 U.S. LEXIS 1279.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1143, 131 S. Ct. 913, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 197.

**No. 10-7003. John L. Dye, Jr., Petitioner v. Bryan Bartow, et al.**

562 U.S. 1253, 131 S. Ct. 1561, 179 L. Ed. 2d 368, 2011 U.S. LEXIS 1259.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1094, 131 S. Ct. 803, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9446.

**No. 10-7007. Augustus H. Evans, Jr., Petitioner v. Thomas Lee.**

562 U.S. 1253, 131 S. Ct. 1562, 179 L. Ed. 2d 368, 2011 U.S. LEXIS 1153.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1143, 131 S. Ct. 913, 178 L. Ed. 2d 763, 2011 U.S. LEXIS 489.

**No. 10-7021. Charlotte Diane Costley, Petitioner v. Social Security Administration.**

562 U.S. 1253, 131 S. Ct. 1562, 179 L. Ed. 2d 368, 2011 U.S. LEXIS 1185.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1114, 131 S. Ct. 850, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9803.

**No. 10-7033. Darrin A. Pordash, Petitioner v. Margaret A. Beightler, Warden.**

562 U.S. 1253, 131 S. Ct. 1562, 179 L. Ed. 2d 368, 2011 U.S. LEXIS 1129.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1114, 131 S. Ct. 832, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9746.

**No. 10-7036. James Franklin Pipes, Petitioner v. David Ballard, Warden.**

562 U.S. 1253, 131 S. Ct. 1562, 179 L. Ed. 2d 368, 2011 U.S. LEXIS 1114.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1073, 131 S. Ct. 669, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9202.

**No. 10-7041. Jaime Trevino, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1253, 131 S. Ct. 1562, 179 L. Ed. 2d 368, 2011 U.S. LEXIS 1207.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 501.